MINUTE ENTRY
MILAZZO, J.
FEBRUARY 8, 2023

JS-10 00:11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO: 22-22 |
| GILDA HENDERSON | SECTION "H" |

## SENTENCING
*U.S. District Judge Jane Triche Milazzo presiding*

| | |
|---|---|
| CASE MANAGER: | Sherry Adams |
| COURT REPORTER: | Karen Ibos |
| LAW CLERK: | Kennedy Beal |

APPEARANCES:   Maria M. Carboni, for Government
Michael A. Kennedy, for Defendant
Gilda Henderson, Defendant
Shalita B. Morgan, U.S. Probation Officer

Court begins at 11:00 a.m.
Counsel appear for the record.
On April 13, 2022, defendant entered into a guilty plea as to Count 1 of the Indictment.
Defendant and her counsel addressed the Court.
Government addressed the Court.
Defendant is sentenced as to Count 1 of the Indictment.
On oral motion of the United States, Counts 5 and 6 of the Indictment are dismissed as to Gilda Henderson.
Restitution Ordered.
See Judgment and Commitment Order.
Court adjourned at 11:11 a.m.

